IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLATINUM HODDIE HARRISON and NIARA BURTON,<br>      Plaintiffs,<br><br>v.<br><br>LAUREL R. HARRY, et al,<br>      Defendants. | Case No. 1:24-CV-70 |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on March 7, 2024. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In their lodged complaint, Plaintiffs alleged discrimination and abuse based on their LGBTQ+ status and deliberate indifference toward their mental health. ECF No. 1-1.

On August 30, 2024, Judge Lanzillo issued a Report and Recommendation recommending that this action be dismissed due to Plaintiffs' failure to prosecute. ECF No. 9. Despite being advised of the opportunity to do so, neither Plaintiff filed Objections to the Report and Recommendation.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). A district court is not required to make any separate findings or conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016).

After *de novo* review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 23rd day of September 2024;

IT IS ORDERED that this matter is dismissed due to Plaintiffs' failure to prosecute.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on August 30, 2024 [ECF No. 9] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge